IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TRAVELERS CASUALTY AND SURETY COMPANY, et al., | ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| v. | ) Civil Action No. 3:15-cv-060-HEH ) |
| JACOB ASSAIL SCHUR, et al. | ) ) |
| Defendant/Counterclaim Plaintiff, | ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Defendant/Counterclaim Plaintiff Jacob Assail Schur and Plaintiffs/Counterclaim Defendants hereby stipulate to the dismissal of Schur's Counterclaim in the above-captioned action, with each party to bear its own costs and attorneys' fees.

DATED: June 25, 2015                                Respectfully submitted,


_____/s/_ (by PDA with permission)_            _____/s/_____
John B. Mumford, Jr., Esq.                        Paul David Anders, Esq.
Eileen R. Geller, Esq.                            Kaplan Voekler Cunningham & Frank PLC
Hancock, Daniel, Johnson & Nagle, P.C.            1401 East Cary Street
4701 Cox Road, Suite 400                          Richmond, VA 23219
Glen Allen, VA  23060                             (T) 804-823-4008
(T) 804-967-9604                                  (F) 804-823-4099
(F) 805-967-9888                                  Email: panders@kv-legal.com
Email:  jmumford@hdjn.com                         *Counsel for Defendant/Counterclaim Plaintiff*
        egeller@hdjn.com                          *Jacob Assail Schur*
*Counsel for Plaintiffs/Counterclaim Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>John B. Mumford, Jr., Esq.
>Eilenn R. Geller, Esq.
>Hancock, Daniel, Johnson & Nagle, P.C.
>4701 Cox Road, Suite 400
>Glen Allen, VA  23060
>Email:  jmumford@hdjn.com
>           egeller@hdjn.com
>*Counsel for Plaintiffs/Counterclaim Defendants*

and that a copy of the foregoing was sent to United States Mail to:

>Mark D. Sprenkle
>2541 Stratford Road
>Richmond, VA  23225
>*Defendant*

/s/
Counsel